N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES E. BILLIOT**                                                                **PETITIONER**

**VS.**                        **CIVIL ACTION NO. 1:86CV549TSL**

**COMMISSIONER CHRISTOPHER
B. EPPS and SUPERINTENDENT
LAWRENCE KELLY**                                          **RESPONDENTS**

## ORDER

This matter came before the Court on the Motion of Petitioner to Place Medical Information under Seal Pursuant to Uniform Local Rule 8.1. The Motion requests that written reports and a video of Billiot's recent psychiatric examinations, which have been or will be conventionally filed with the Court by the Respondents, be sealed as containing sensitive medical records, treatments and diagnoses. The Court has reviewed the Motion and notes that the Respondents do not object to this relief, which is clearly appropriate under Unif. Local R. 8.1(C)2 and (D)1.

IT IS, THEREFORE, ORDERED that the Motion of Petitioner to Place Medical Information under Seal Pursuant to Uniform Local Rule 8.1 is hereby **granted,** as follows:

1. Exhibits A and B to the Respondents' Notice of Compliance with Examination Order (Doc. #163) will placed under seal.

2. The DVD video that the Respondents intend to submit as another exhibit to that Notice will be accepted by the Clerk and placed under seal.

IT IS SO ORDERED, this the 14th day of January, 2008.

                                                                      /s/ Tom S. Lee
                                                            UNITED STATES DISTRICT JUDGE